# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SINGLE EYE PRODUCTIONS LLC, CHEEKY WINSTON, LLC, ABDUL MUSED 1234 LLC, VADIM ORDOVSKY-TANAEVSKY, PATRICK LOBO, EDMUND HAMMOND, PSI UPSILON INTERNATIONAL OFFICE, and PSI UPSILON: | : : : : | NO. 18-4050 |

## ORDER

NOW, this 1st day of October, 2018, upon consideration of the plaintiff's request to withdraw the complaint, **IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.